**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF FEBRUARY 17, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

| | |
|---|---|
| WD77120 | Charles Harter vs. Union Electric Company D/B/A Ameren Missouri; Public Service Commission of the State of Missouri and Office of Public Counsel |
| WD77254 | Joan Nelson vs. Division of Employment Security |
| WD77528 | Dallas E. Mays vs. Missouri Board of Probation and Parole, et al |
| WD77589 | In Re: the Interest of Kristopher Lee Hale, by and through his Next Friend Christopher Lee Hale, and Christopher Lee Hale, Individually vs. Jessica Sailor |
| WD77781 | M.A.H., Individually and as Next Friend of A.D.B., Formerly A.D.M. vs. A.A.B. |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

| | |
|---|---|
| WD76465 | State of Missouri vs. Marcus D. Smith |
| WD76583 | State of Missouri vs. Dequan A. Hawkins |
| WD76594 | State of Missouri vs. Lynn Shipley |